IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDDIE WILKERSON,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     2:14cv731-MHT
                              )         (WO)
STEPHEN GOZDAN and            )
ROBERT D. STILES,             )
                              )
     Defendants.              )
```

OPINION

Plaintiff filed this lawsuit asserting a variety of claims related to the impending or completed foreclosure of his home.  He contends that the acts or omissions of the defendants violated his rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of October, 2014.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**